

Sandy Davis/NCMB/04/USCOURTS

01/28/2010 09:34 AM

To
cc
bcc
Subject   Fw: Transferred Case - 09-82137 - Credle



Tina Roberson/NCEB/04/USCOURTS

01/27/2010 11:00 AM

To   Sandy Davis/NCMB/04/USCOURTS@USCOURTS
cc
Subject   Re: Transferred Case - 09-82137 - Credle

Hi Sandy,

I have opened this case in our court and the case number is 10-00573 division office 8.

Tina Roberson
CM/ECF Analyst
United States Bankruptcy Court- EDNC
919-856-4752 Ext. 102